In the Matter of RICHARD PU, an Attorney, Appellant. DEPARTMENTAL DISCIPLINARY COMMITTEE FOR THE FIRST JUDICIAL DEPARTMENT, Respondent.

Submitted February 5, 2007; decided February 22, 2007

On the Court's own motion, appeal dismissed, without costs, upon the ground that no substantial constitutional question is directly involved. Motion for leave to appeal denied.

In the Matter of WEMBLY MANAGEMENT CO., INC., Doing Business as BLDG. MANAGEMENT CO., INC., et al., Appellants, v NEW YORK STATE DIVISION OF HOUSING AND COMMUNITY RENEWAL, OFFICE OF RENT ADMINISTRATION, Respondent.

Submitted January 2, 2007; decided February 22, 2007

Motion for reargument granted [*see* 7 NY3d 888] and, upon reargument, motion for leave to appeal denied.